934

No. 431, Misc. LLOYD *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Clyde W. Woody* for petitioner.

No. 390, Misc. MACON *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 439, Misc. GRESSETTE *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 440, Misc. GILMER *v.* CUNNINGHAM, PENITENTIARY SUPERINTENDENT. C. A. 4th Cir. Certiorari denied.

No. 441, Misc. PREIS *v.* ARIZONA. Supreme Court of Arizona. Certiorari denied. Petitioner *pro se. Robert W. Pickrell,* Attorney General of Arizona, and *Alvin E. Larsen,* Assistant Attorney General, for respondent.

No. 443, Misc. WATSON *v.* BANMILLER, WARDEN. Supreme Court of Pennsylvania. Certiorari denied. Petitioner *pro se. Glenn R. Toothman, Jr.* for respondent.

No. 451, Misc. BLAIR *v.* CALIFORNIA ET AL. Supreme Court of California. Certiorari denied.

No. 452, Misc. SERRA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Donald T. Dorsey* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.